IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ADAM OCTAVIUS SMITH,                          *

         Plaintiff,                          *

v.                                               Case No.  3:26-cv-00023-TES

                               *

ROBERT RHODEN et al.,                         *

         Defendants.                         *

                               *

## J U D G M E N T

Pursuant to this Court's Order dated March 11, 2026, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the  State Court of  Clarke County, Georgia.

  This 11th day of March, 2026.

                       David W. Bunt, Clerk


                       s/ Erin Pettigrew, Deputy Clerk